BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JIMENEZ-ALFARO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMILLE JIMENEZ-ALFARO,<br><br>　　　　Defendant. | No. 08-00820 DLJ<br><br>STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS HEARING DATE TO JULY 30, 2010 AND ORDER<br><br>Hearing Date: June 25, 2010<br>Time:　　　9:00 a.m. |

　　　　The above-captioned matter is set on June 25, 2010 before this Court for a status hearing on a supervised release violation based on an April 2010 Probation Form 12 Petition alleging that Ms. Jimenez tested positive for drugs, missed counseling sessions and tampered with a urine sample. The parties jointly request that the Court continue this matter to July 30, 2010 at 9:00 a.m. for a status hearing.

　　　　In 2006, Ms. Jimenez was convicted of importation of marijuana in the Southern District of California. On June 23, 2007, Ms. Jimenez was released from custody and relocated to the Northern District and has been supervised in this district since that date. The parties request this continuance because defense counsel has requested, and Probation has agreed to provide, evidence of the alleged violations, including detailed lab reports. Once this evidence is

1 produced, the parties will need time to examine and investigate the evidence of the alleged
2 violations.  Additionally, the parties request this continuance to give the parties additional time
3 to prepare sentencing papers so that this matter may be resolved at the next appearance.  The
4 parties further request this continuance because counsel for the government, Maureen Bessette,
5 is not available on June 25, 2010.
6      Probation Officer Shaheen Shan informed government counsel that she is in agreement
7 with this stipulated request to continue Ms. Jimenez's case.  Because this case involves an
8 allegation that Ms. Jimenez violated the terms of her supervision in a post-conviction
9 proceeding, the parties agree that Speedy Trial Act does not apply.

10

11 DATED: June 24, 2010                                /S/
                                             MAUREEN BESSETTE
12                                           Assistant United States Attorney
                                             Oakland Branch Chief
13

14 DATED: June 24, 2010                                /S/
                                             ANGELA M. HANSEN
15                                           Assistant Federal Public Defender

16

       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
17 within this e-filed document.                         /S/ ANGELA M. HANSEN

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Supervised Release Status
Hearing , No. CR-08-00820 DLJ                       2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that a Probation Form 12 petition has been filed alleging that Ms. Jimenez violated the terms of her supervised release;

2. Given that Probation has agreed to produce evidence of the alleged supervised release violations to the parties, and that the parties need time to review and investigate the evidence provided;

3. Given that government counsel is unavailable on June 25, 2010; and

4. Given that the probation office is in agreement with this stipulated request to continue Ms. Jimenez's case; and

5. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, it is ordered that the status hearing date set for June 25, 2010, scheduled at 9:00 a.m., is vacated and reset to July 30, 2010, at 9:00 a.m. for status.

DATED: June 25, 2010

_____
HON. D. LOWELL JENSEN
Senior United States District Judge